NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

06-234

ASHLIND R. CORMIER

VERSUS

DONNA L. STEPHENSON AND
ALLSTATE INSURANCE COMPANY

**************
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, DOCKET NO. 2004-4284
HONORABLE KRISTIAN EARLES, PRESIDING

**************
**SYLVIA R. COOKS**
**JUDGE**
**************

Court composed of Sylvia R. Cooks, Jimmie C. Peters, Billy H. Ezell, Judges.

**AFFIRMED.**

David C. Laborde
102 Asma Boulevard, Suite 100
P.O. Box 80098
Lafayette, Louisiana 70598-0098
(337) 261-2617
COUNSEL FOR PLAINTIFF/APPELLANT:
    Ashlind R. Cormier

Joseph H. Garbarino
400 E. Kaliste Saloom Road, Suite 8300
Lafayette, Louisiana 70508
(337) 291-1743
COUNSEL FOR DEFENDANTS/APPELLEES:
    Donna L. Stephenson and
    Allstate Insurance Company